MORRIS MASTEN et al., Respondents, v. THE FIRST NATIONAL BANK AND TRUST COMPANY, WALDEN, N. Y., Appellant, Impleaded with Another.—

No opinion.
Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.